**SO ORDERED: December 5, 2013.**



**James M. Carr**
**United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FDL, INC., | ) | Case No. 06-01222-JMC-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| JOSEPH W. HAMMES, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 08-50151 |
| | ) | |
| SOUTH ASIA FURNITURE & TEXTILE and | ) | |
| SOUTH ASIA FURNITURE & TEXTILE CO., | ) | |
| | ) | |
| Defendants. | ) | |

### <u>JUDGMENT</u>

In accordance with the written Findings of Fact and Conclusions of Law entered

contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that

judgment be and hereby is entered in favor of the plaintiff and against each of the defendants. The four transfers from the debtor to the defendants in the total amount of $92,357.00 are avoided. Judgment is entered in favor of the plaintiff and against each of the defendants in the amount of $92,357.00 plus pre-judgment interest in the amount of $18,809.75 plus post-judgment interest at 4.00% per annum and the costs of collection. The defendants are severally liable for the judgment amount. South Asia Furniture & Textile's claim (Claim No. 59) is disallowed.

IT IS SO ORDERED

# # #